**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| FRASERSIDE IP, L.L.C., an Iowa limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>IG MEDIA INC., d/b/a YouJizz.com, d/b/a JizzHut.com, and JOHN DOES 1-100, and JOHN DOE COMPANIES 1-100,<br><br>    Defendants. | No. C 11-3015-MWB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |
| FRASERSIDE IP L.L.C., an Iowa limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>IGOR GENS, d/b/a www.JizzBo.com, and JOHN DOES 1-100, and JOHN DOE COMPANIES 1-100,<br><br>    Defendants. | No. C 11-3019-MWB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |
| FRASERSIDE IP L.L.C., an Iowa limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>IGOR GENS, d/b/a www.JizzOnline.com,<br><br>    Defendant. | No. C 11-3022-MWB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

_____

This case is before the court on the plaintiff's May 18, 2011, Motions To Dismiss (No. C 11-3015-MWB, Docket no. 7; No. C 11-3019-MWB, Docket no. 5; No. C 11-3022-MWB, Docket no. 5). The plaintiff represents in each of its Motions To Dismiss that the case should be dismissed with prejudice, for the reason that the case has settled, and that each party is to pay its own costs. The court notes that no opposing party has served an answer nor filed a motion for summary judgment, so that voluntary dismissal of the plaintiff's cases without court order would be appropriate. FED. R. CIV. P. 41(a). Nevertheless, the court concludes that the plaintiff desires an order terminating these cases. Under the circumstances, the court finds good cause to grant the plaintiff's Motions To Dismiss, with prejudice, with each party to bear its own costs.

THEREFORE, the plaintiff's May 18, 2011, Motions To Dismiss (No. C 11-3015-MWB, Docket no. 7; No. C 11-3019-MWB, Docket no. 5; No. C 11-3022-MWB, Docket no. 5) are **granted**, and these matters are **dismissed with prejudice**, with each party to bear its own costs.

**IT IS SO ORDERED.**

**DATED** this 18th day of May, 2011.

_Mark W. Bennett_
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA